1  Thomas H. Edwards (SBN 96368)
   119 E. Union St., Suite B
2  Pasadena, CA 91103

3  Telephone:  (626) 395-5161
   Facsimile:  (626) 795-6600
4  Email:  edwards@thomasedwardslaw.com

5  Attorney for Defendants Bob Weinstein, Harvey Weinstein,
   Miramax Films NY, LLC, Visiona Romantica, Inc.,
6  The Weinstein Company, Lawrence Bender Productions
   and The Walt Disney Company

7

8

9                    **UNITED STATES DISTRICT COURT**

10                  **FOR THE CENTRAL OF CALIFORNIA**

11

12  DANNEZ HUNTER,                          CASE NO.  CV10-3387-SJO (PJWx)

13          Plaintiff                       NOTICE OF MOTION AND MOTION OF
                                            DEFENDANTS BOB WEINSTEIN,
14  vs.                                     HARVEY WEINSTEIN, MIRAMAX FILMS, NY,
                                            LLC, VISIONA ROMANTICA, INC., THE
15  QUENTIN TARANTINO, an individual;       WEINSTEIN COMPANY, LAWRENCE
    BOB WEINSTEIN, an individual;           BENDER PRODUCTIONS AND THE WALT
16  HARVEY WEINSTEIN, an individual;        DISNEY COMPANY TO DISMISS FOR
    MIRAMAX FILM CORP., a corporation;      FAILURE TO STATE A CLAIM FOR WHICH
17  VISIONA ROMANTICA, INC., a corporation; RELIEF CAN BE GRANTED
    THE WEINSTEIN COMPANY, a corporation;
18  A BAND APART, a corporation;
    LAWRENCE BENDER PRODUCTIONS, a          Date:   June 14, 2010
19  corporation; LAWRENCE BENDER; WALT
    DISNEY, a corporation; and JOHN DOES 1  Time:  10:00 a.m.
20  through 10, sued in their individual and official
    capacities                             Courtroom:  1
21
            Defendants.
22                                          *Hon. S. James Otero*

23

24       **TO PLAINTIFF DANNEZ HUNTER:**

25          PLEASE TAKE NOTICE THAT at 10:00 a.m. on June 14, 2010, in Courtroom 1 of the

26  above-entitled court, which is located at 312 N. Spring St., Los Angeles, California 90012-4793,

27  defendants  Bob Weinstein, Harvey Weinstein, Miramax Films NY, LLC , as corporate

28

successor to Miramax Film Corp., Visiona Romantica, Inc., The Weinstein Company, Lawrence Bender Productions and The Walt Disney Company (erroneously sued as "Walt Disney") will move the court to dismiss this action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure because plaintiff's complaint fails to state any claim for which relief can be granted.

The motion will be based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Request for Judicial Notice filed herewith, the pleadings and papers filed herein, and on any other matters which the court may choose to consider at the hearing on the motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on May 9, 2010.


Dated:  May 13, 2010

/s/  Thomas H. Edwards

_____

Thomas H. Edwards

Attorney for Defendants Bob Weinstein, Harvey Weinstein, Miramax Films NY, LLC, f/k/a Miramax Film Corp., Visiona Romantica, Inc., The Weinstein Company, Lawrence Bender Productions and The Walt Disney Company